1 | KEVIN V. RYAN, SBN 118321
United States Attorney
2 | JOANN M. SWANSON, 88143
Assistant United States Attorney
3 | Chief, Civil Division
SARA WINSLOW, DCBN 457643
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
7
Attorneys for Defendant
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | KARLIN M. JOKELA,           )
                                )
13 |       Plaintiff,            )   CIVIL NO.   05-02268 JCS
                                )
14 |       v.                    )   STIPULATION AND ORDER EXTENDING
                                )   DEFENDANT'S TIME TO FILE
15 | JO ANNE B. BARNHART,        )   RESPONSE TO PLAINTIFF'S
Commissioner of Social Security,)   MOTION FOR SUMMARY JUDGMENT
16 |                             )
      Defendant.                )
17 | _____)

18 |     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 | approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 | file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 | January 3, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on February 1, 2006.

22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28

---

[1] See attached Declaration of Sharon Sands.

1      This is defendant's first request.

5 Dated: December 29, 2005      /s/
                                  MATTHEW L. HOWARD
                                  Attorney for Plaintiff

                                  KEVIN V. RYAN
                                  United States Attorney

12 Dated: December 29, 2005  By:     /s/
                                  SARA WINSLOW
                                  Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated:  January 3, 2006

                                  JOSEPH C. SPERO
                                  United States Magistrate Judge

JOKELAL, EXT.MXSJ (ss)
C 05-02268 JCS                          2

```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Acting Chief, Civil Division
SARA WINSLOW, CSBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7260
    Facsimile:   (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARLIN M. JOKELA, | ) | |
|---|---|---|
| | ) | CIVIL NO. C-05-02268 JCS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | DECLARATION IN SUPPORT OF |
| Commissioner of | ) | DEFENDANT'S REQUEST FOR |
| Social Security, | ) | EXTENSION OF TIME |
| | ) | |
| Defendant. | ) | |

I, Sharon Sands, declare and state as follows:

   1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

   2.   Due to a recent burn injury to my dominant right arm and left wrist, I am requesting a 30 day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on December 27, 2005.

                         By        /s/
                                 Sharon Sands
                                 Assistant Regional Counsel